## Case No. 11,651.

### REED v. ROBINSON.

[The case reported under above title in 4 Law Rep. 342, is the same as Case No. 11,645.]